**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000047
06-NOV-2024
08:01 AM
Dkt. 58 OAWST**

NO. CAAP-24-0000047

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

E.F., Petitioner-Appellant, v.
M.D. and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Respondents-Appellees

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PP151000027)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed October 31, 2024, by Petitioner-Appellee E.F., the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, November 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge